IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-09-00324-CV

 

Wanda J. Bell,

                                                                                    Appellant

 v.

 

Elton and Linda Davis,

                                                                                    Appellees

 

 

 



From the 18th District
Court

Johnson County, Texas

Trial Court No. C200700280

 



MEMORANDUM  Opinion



 








            Appellant has filed a motion
to dismiss this appeal accompanied by a copy of a compromise and settlement
agreement executed by the parties.  Appellant states that the parties have
settled their dispute.  Appellees have not filed a response.  The motion is
granted, and the appeal is dismissed.  See Tex. R. App. P. 42.1(a)(1).  Costs are taxed against the
party incurring same.  Id. 42.1(d).

PER CURIAM

 




Before Chief
Justice Gray,

Justice
Reyna, and

Justice
Davis

Appeal
dismissed

Opinion
delivered and filed June 16, 2010

[CV06]